UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN KEVIN STEELE, | : | NO. 1:12-CV-00439 |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| KIMBERLY ANN STEELE, et al., | : | |
| Defendants. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 5), to which there were no objections. The Magistrate Judge recommended sua sponte that Plaintiff's Complaint be dismissed for lack of subject matter jurisdiction, due to collateral estoppel, due to the "domestic relations exception" to federal jurisdiction, due to the application of the Rooker-Feldman doctrine, and due to Plaintiff's failure to state a viable claim for relief under 42 U.S.C. § 1983 (Id.).

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C.

§ 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 5), and DISMISSES Plaintiff's Complaint (doc. 1) with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court further CERTIFIES pursuant to 28 U.S.C. § 1915(a) that for the reasons indicated in the Magistrate Judge's Report and Recommendation, any appeal of this Order would not be taken in good faith and the Court therefore DENIES Plaintiff leave to appeal in forma pauperis. McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

SO ORDERED.

DATED: July 26, 2012          /s/ S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge