AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

JOHN KEVIN STEELE,

Plaintiff,

V.

KIMBERLY ANN STEELE, et al.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:12-cv-00439

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 5), and DISMISSES Plaintiff's Complaint (doc. 1) with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).  The Court further CERTIFIES pursuant to 28 U.S.C. § 1915(a) that for the reasons indicated in the Magistrate Judge's Report and Recommendation, any appeal of this Order would not be taken in good faith and the Court therefore DENIES Plaintiff leave to appeal in forma pauperis.

5/1/2013

Date

JOHN P. HEHMAN, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk